JOSEPH FINELLI *v.* VICTOR PALUZZI ET AL.

The defendants' petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Francis X. Dineen,* in support of the petition.

*Roslyn Z. P. Montlick,* in opposition.

